IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 11-cv-02336-LTB-BNB

BRENDA PATTERSON,

    Plaintiff,

v.

DEX MEDIA, INC.,

    Defendant .

___

## ORDER
___

    Plaintiff Brenda Patterson's Motion to Supplement her Motion for Reconsideration [Doc # 43] is hereby GRANTED.

Dated: January __22__, 2013 in Denver, Colorado.

    BY THE COURT:

    __s/Lewis T. Babcock__
    LEWIS T. BABCOCK, JUDGE