IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 11-cv-02336-LTB-BNB

BRENDA PATTERSON,

    Plaintiff,

v.

DEX MEDIA, INC.,

    Defendant .

___

ORDER
___

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 52 - filed February 7, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

          BY THE COURT:

            s/Lewis T. Babcock
          LEWIS T. BABCOCK, JUDGE

DATED: February 8, 2013